

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 12, 2021

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States v. Shaquille McLean*, 21 Mag. 3898

Dear Judge McCarthy:

  The complaint in the above-referenced case was originally filed under seal. On April 11, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

           Respectfully submitted,

           AUDREY STRAUSS
           United States Attorney

         By: /s/ Derek Wikstrom
           Derek Wikstrom
           Assistant United States Attorney
           Tel:  (914) 993-1946

SO ORDERED:

_____  4/12/2021
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE