UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,

                -against-

   SHAQUILLE MCLEAN

                              Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21  Mag. 3898 ( UA  )

Defendant, SHAQUILLE MCLEAN hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X__ teleconferencing:

__X_	Initial Appearance Before a Judicial Officer

___	Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___	Bail/Detention Hearing

___	Conference Before a Judicial Officer


 Shaquille McLean by *Susanne Brody*		____*Susanne Brody*_____
Defendant's Signature					Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Shaquille McLean				Susanne Brody
Print Defendant's Name				 Print Counsel's name


This proceeding was conducted by reliable video or telephone conferencing technology.

April 12, 2021				_____*Judith C. McCarthy*_____
Date						U.S. District Judge/U.S. Magistrate Judge