# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: May 25, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff

-against-

Shaquille McLean

                Defendant
-----------------------------------------------------------X

**SCHEDULING ORDER**

7:21-mj-03898

TO ALL PARTIES:

The Court has scheduled a bail hearing for 6/4/2021 at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 5/25/2021
       White Plains, New York

                                            SO ORDERED:

                                            s/      PED
                                            _____

                                            PAUL E. DAVISON
                                            United States Magistrate Judge