# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

USDC SDNY
Document
Electronically Filed
Doc # ─────────
Date Filed: May 26, 2021

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

                Plaintiff

     -against-

Shaquille McLean

               Defendant
-----------------------------------------------------------X

**CORRECTED**

**SCHEDULING ORDER**

7:21-mj-03898

TO ALL PARTIES:

The Court has scheduled a **waiver of indictment/arraignment on information** for 6/4/2021 at 1:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: 5/26/2021
       White Plains, New York

                                    SO ORDERED:

                                    s/       PED

                                    PAUL E. DAVISON
                                    United States Magistrate Judge